UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 12-31863 |
| Brooke Clarke, ) | |
| ) | CHAPTER 7 |
| Debtor ) | JUDGE DEES |
| ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about **March 26, 2014**, the Counsel for the above-captioned Debtor filed a MOTION TO AVOID LIEN. A copy of the Motion is attached.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not wish the Court to grant the motion, then you or your attorney must:

1. File a written objection to the motion within twenty-one (21) days of the date of this notice of motion (**by May 22, 2014**), which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    Clerk, United States Bankruptcy Court
    Northern District of Indiana
    Robert K. Rodibaugh United States Bankruptcy Courthouse
    401 S Michigan Street
    South Bend, Indiana 46601-2304

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

Neil A. Waechter
Law Offices of Neil Waechter, LLC
716 South Bend Ave.
South Bend, IN 46617

U.S.Trustee
One Michiana Square Building
Room 555
100 East Wayne Street
South Bend, IN 46601

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: May 1, 2014                          /S/ Neil A. Waechter
                                                          Neil A. Waechter
                                                          Law Offices of Neil Waechter, LLC
                                                          716 South Bend Ave.
                                                          South Bend, IN 46617
                                                          (574) 360-5429

**CERTIFICATE OF SERVICE**

      I CERTIFY THAT ON May 1, 2014, SERVICE OF THE ABOVE AND FOREGOING HAS BEEN SERVED UPON: **SEE BELOW** ELECTRONICALLY OR BY DEPOSITING THE SAME IN THE UNITED STATES MAIL AND WITH SUFFICIENT FIRST CLASS POSTAGE AFFIXED OR BY ELECTRONIC NOTICE WITH CREDITORS REGISTERED AS ELECTRONIC FILERS WITH THE CLERK OF THE US BANKRUPTCY COURT.

      /S/ Neil A. Waechter
Neil A. Waechter
Law Offices of Neil Waechter, LLC
716 South Bend Ave.
South Bend, IN 46617
(574) 360-5429

U.S. TRUSTEE
ONE MICHIANA SQUARE
SUITE 555
100 EAST WAYNE STREET
SOUTH BEND, IN 46601

US BANKRUPTCY COURT
ROBERT K. RODIBAUGH
   UNITED STATES BANKRUPTCY
   COURTHOUSE
401 S. MICHIGAN ST.
SOUTH BEND, IN 46601

JOSEPH D. BRADLEY
CHAPTER 7 TRUSTEE
105 E. JEFFERSON BLVD.
SUITE 512
SOUTH BEND, IN 46601

ZAPPIA, ZAPPIA & STIPP
52582 SR 933 NORTH
SOUTH BEND, IN 46637

NEIL A. WAECHTER
ATTORNEY FOR THE DEBTOR
LAW OFFICES OF NEIL WAECHTER
716 SOUTH BEND AVE.
SOUTH BEND, IN 46617

BROOKE CLARK
4725 BELLEVILLE CIR.
APT. 4
SOUTH BEND, IN 46619